4, 1910.) In the matter of the application of Joseph F. Rutherford for admission to the bar. No opinion. Application granted.

---

SAULSON, Appellant, v. DOVER WHITE MARBLE CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Philip J. Saulson against the Dover White Marble Company and others. I. M. Wormser, for appellant. J. T. Easton and E. Treadwell, for respondents.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

LAUGHLIN, J., dissents.

---

SCHENCK, Appellant, v. SCHENCK, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Frances E. Schenck against Eugene H. Schenck.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide event. Held, that the plaintiff proved facts sufficient to establish a cause of action.

McLENNAN, P. J., and ROBSON, J., dissent.

---

SCHEPPERLE, Respondent, v. MONAHAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Fred C. Schepperle against Patrick Monahan. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

SCHLEGEL et al., Respondents, v. ROMAN CATHOLIC CHURCH OF THE MOST HOLY TRINITY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Joseph Schlegel and others against the Roman Catholic Church of the Most Holy Trinity and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 127 App. Div. 929, 111 N. Y. Supp. 1143; 132 App. Div. 903, 116 N. Y. Supp. 1147.

---

SCHULTZ, Respondent, v. BARBER ASPHALT PAVING CO., Appellant. (Action No. 2.) (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Mike Schultz against the Barber Asphalt Paving Company.

PER CURIAM. Order of the County Court of Queens County reversed, with $10 costs and disbursements, and motion to dismiss complaint for failure to prosecute granted, with costs, on the authority of Regan v. Milliken Bros., 123 App. Div. 72, 107 N. Y. Supp. 722. See, also, 127 App. Div. 305, 111 N. Y. Supp. 281.

WOODWARD and THOMAS, JJ., dissent.

---

SCHULTZ, Respondent, v. BARBER ASPHALT PAVING CO., Appellant. (Action No. 3.) (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Mike Schultz against the Barber Asphalt Paving Company.

PER CURIAM. Order of the County Court of Queens County reversed, with $10 costs and disbursements, and motion to dismiss complaint for failure to prosecute granted, with costs, on the authority of Regan v. Milliken Bros., 123 App. Div. 72, 107 N. Y. Supp. 722. See, also, 127 App. Div. 305, 111 N. Y. Supp. 281.

WOODWARD and THOMAS, JJ., dissent.

---

SCHULTZE, Respondent, v. HURTLINGER, Appellant. (Supreme Court, Appellate Division, First Department. February 18, 1910.) Action by Walter Schultze against Oscar Hurtlinger. P. C. Schnitzler, for appellant. A. Knauth, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

---

SCHWARTZ v. KAYSER. (Supreme Court, Appellate Division. First Department. March 11, 1910.) Action by Marie E. Schwartz against Henry Kayser. No opinion. Motion granted, with $10 costs. Order filed.

---

SCHWARTZ, Respondent, v. ONWARD CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Charles Schwartz against the Onward Construction Company. F. V. Johnson, for appellant. J. Deyo, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 130 App. Div. 588, 115 N. Y. Supp. 380.

---

SCOFIELD, Respondent, v. WIERK, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Charles E. Scofield against John M. Wierk. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

SEAMAN, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Richard F. B. Seaman against Fitzhugh Smith. No opinion. Judgment unanimously affirmed, with costs. See, also, 120 N. Y. Supp. 1145.

---

SEARLE, Respondent, v. HALSTEAD & Co., Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Clifford N. Searle against Halstead & Co. W. H. Wadhams, for appellant. P. B. Adams, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 132 App. Div. 930, 117 N. Y. Supp. 1147; 133 App. Div. 899, 118 N. Y. Supp. 1141.

---

SECHLER, Respondent, v. NUDD et al., Appellants. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action